USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

RECEIVED
DEPARTMENT
OF JUSTICE

2017 FEB 7 PM 2 48

U.S. MARSHALS
ND/OHIO
CLEVELAND, OH

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Dwayne Stoutamire | 1:16 CV 2840 |
| DEFENDANT | TYPE OF PROCESS |
| Julie Hensley | Civil |

SERVE AT
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Julie Hensley
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1150 North Main St., Mansfield, OH. 44901

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Dwayne Stoutamire # 532-253
P.O. Box # 788
Mansfield, Ohio 44901

| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 3 |
| Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

FILED 2017 MAR 13 PM 2:40 CLERK U.S. DISTRICT COURT CLEVELAND

Signature of Attorney other Originator requesting service on behalf of:
☐ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER    DATE

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 60 | No. 60 | [signature] | 2/7/17 |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date: 2/13/17   Time: 1:00 ☐ am ☒ pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 8 | | | 8 | | 0 |

REMARKS: 2/7/17 sent cert mail, green card not returned; resent 3/1/17 cert mail

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Julie Hensley
1150 North Main Street
Mansfield, OH 44901

9590 9402 1795 6074 9660 26

2. Article Number (Transfer from service label)

7016 0910 0000 6681 8708

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X /s/ _____
☒ Agent
☐ Addressee

B. Received by (Printed Name): Jason Selzer
C. Date of Delivery: 2/13/17

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1:16CV2840

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt



# U.S. Department of Justice
## United States Marshals Service

### PROCESS RECEIPT AND RETURN
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

**PLAINTIFF:** Dwayne Stoutamire
**COURT CASE NUMBER:** 1:16cv2840
**DEFENDANT:** Lt. Hicks
**TYPE OF PROCESS:** Civil

RECEIVED DEPARTMENT OF JUSTICE 2017 FEB 7 PM 2 47

**SERVE NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN:**
Lt. Hicks — U.S. Marshals N.D./Ohio

**ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code):**
AT 1150 North Main St., Cleveland, OH Box #788, Mansfield, OH. 44901

**SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:**
Dwayne Stoutamire #532-253
P.O. Box #788
Mansfield, OH. 44901

- Number of process to be served with this Form - 285: 1
- Number of parties to be served in this case: 3
- Check for service on U.S.A.: ✓

**SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE** *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

Signature of Attorney or other Originator requesting service on behalf of:
☐ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER:
DATE:

2017 MAR 13 PM 2: [--] FILED CLERK U.S. DISTRICT COURT N. DIST. OF OHIO CLEVELAND

---

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
- Total Process: 1
- District of Origin No.: 60
- District to Serve No.: 60
- Signature of Authorized USMS Deputy or Clerk: [signed]
- Date: 2/7/17

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

- Date of Service: 2/3/17
- Time: 1:00 pm
- Signature of U.S. Marshal or Deputy: [signed]

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| 8 | | | 8 | | 0 |

**REMARKS:** 2/7/17 sent cert mail, green card not returned; resent 3/1/17

cert mail

**PRIOR EDITIONS MAY BE USED**  **1. CLERK OF THE COURT**  FORM USM-285 (Rev. 12/15/80) (Instructions Rev. 12/08)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Lt. Hicks
1150 North Main Street
Mansfield, OH 44901

9590 9402 2254 6225 9787 36

2. Article Number (Transfer from service label)

7016 0910 0000 6681 8722

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☒ Agent ☐ Addressee

B. Received by (Printed Name): Jason Selzer
C. Date of Delivery: 2/13/17

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1:16cv2840

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ...Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt



USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

RECEIVED
DEPARTMENT
OF JUSTICE

2017 FEB 7 PM 2 47

U.S. MARSHALS
ND/OHIO
CLEVELAND, OH

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Dwayne Stoutamire | 1:16cv2840 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Polly Schmalz | Civil |

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

SERVE AT: Polly Schmalz

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
770 West Broad St., Columbus, OH. 43222 soH 44901

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Dwayne Stoutamire #532-253
P.O. Box #788
Mansfield, OH. 44901

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 3
Check for service on U.S.A.: ✓

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER   DATE

2017 MAR 13 PM — CLERK U.S. DISTRICT COURT NORTHERN DISTRICT CLEVELAND — FILED

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 60 | No. 60 | [signature] | 2/7/17 |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above):

Date: 3/3/17   Time: 1:00 ☒ pm
Signature of U.S. Marshal or Deputy: [signature]

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 8 | | | 8 | | 0 |

REMARKS: 2/7/17 sent cert mail, green card not returned; resent 3/1/17 cert mail

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Joe Crawley_ | ☐ Agent<br>☐ Addressee |
| | B. Received by (Printed Name)<br>Joe Crawley | C. Date of Delivery |
| 1. Article Addressed to:<br>Polly Schmalz<br>770 West Broad Street<br>Columbus, OH 43222 | RECEIVED<br>DEPARTMENT<br>OF JUSTICE<br>2017 MAR 9<br>US MARSHALS<br>ND/OHIO<br>CLEVELAND, OH '16CV2840 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 1795 6074 9665 83 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number<br>7016 0910 0000 6681 8517 | ☐ ... Restricted Delivery<br>(over $500) | |
| PS Form 3811, July 2015 PSN 7530-02-000-9053 | | Domestic Return Receipt |



USPS TRACKING #

9590 9402 1795 6074 9665 83

United States Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Sender: Please print your name, address, and ZIP+4® in this box

U.S. MARSHALS SERVICE
801 WEST SUPERIOR AVE.
SUITE 1200 U.S. COURTHOUSE
CLEVELAND, OH 44113-01853